```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

DISPENSING SOLUTIONS, INC.,
A Delaware Corporation, and
CORWIN PETTY, M.D.                                       PLAINTIFFS

        vs.              Case No. 05-5142

W. RAY JOUETT, M.D., Director
of the Arkansas State Medical
Board, in their official capacities                      DEFENDANTS

## O R D E R

Currently before the Court is plaintiffs' stipulated **Motion to Voluntarily Dismiss State Due Process Claim (Doc. 25)**. Upon due consideration, the motion is **GRANTED** and plaintiff's state-law claim is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 30th day of November 2005.

                                /S/JIMM LARRY HENDREN
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE