```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

CORWIN PETTY, M.D.                                      PLAINTIFF

    vs.                Case No. 05-5142

DR. TRENT PIERCE, Director of the
Arkansas State Medical Board                            DEFENDANT

### O R D E R

Currently before the Court is plaintiff's **Motion to Voluntarily Dismiss (Doc. 42).** Defense counsel has no objection to the motion. Upon due consideration, the motion is **GRANTED** and this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 29th day of March 2007.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE